UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAY SCHWARTZBERG,                                 JUDGMENT
                                                                 06-CV- 1497 (DLI)
                        Plaintiff,

       -against-

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                                  Defendant.
-----------------------------------------------------------------X

         An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 29, 2006, granting defendant's motion to dismiss without prejudice; and dismissing the action; it is

         ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted without prejudice; and that the action is dismissed.


Dated: Brooklyn, New York
          September 06, 2006
                                                                            ROBERT C. HEINEMANN
                                                                             Clerk of Court